**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| vs.  ) | CR NO. 04-40043–031-JLF |
| ) | |
| KEVIN L. GARRETT (031),  ) | |
| ) | |
| Defendant.  ) | |

<u>**ORDER ADOPTING REPORT AND RECOMMENDATION**</u>

**FOREMAN, District Judge:**

Before the Court is Magistrate Judge Wilkerson's Report and Recommendation (Doc. 900) recommending that Kevin Garrett's motion to dismiss his counsel (Doc. 645) be denied. The Clerk of the Court has informed the parties of their right to file objections and of the consequences of not doing so in a timely fashion. No objections have been filed in this matter. Upon review, the Court **ADOPTS** the Report and Recommendation (Doc. 900). Defendant Kevin Garrett's motion to dismiss his counsel (Doc. 645) is **DENIED.**

**IT IS SO ORDERED.**             *s/ James L. Foreman*
**DATED: June 21, 2006.**         **DISTRICT JUDGE**